UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD MCCULLOUGH**                    CIVIL ACTION

**versus**                                NO. 13-6680

**ROBERT TANNER, WARDEN**                 SECTION: "J" (1)

## O R D E R

The Court, having considered the petition, the record, the applicable law, and the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 10)**, as well as Petitioner's *Objections* **(Rec. Doc. 11)**, hereby approves the *Report and Recommendation* of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's *Objections* (Rec. Doc. 11) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the federal petition of **Richard McCullough** for *habeas corpus* relief is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 12th day of May, 2014.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE